[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11798
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 28, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00008-CR-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS STUCKEY,
a.k.a. Head,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 28, 2009)

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Carlos Stuckey, has filed a

motion to withdraw on appeal supported by a brief pursuant to <u>Anders v.</u>

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because

independent review of the record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED** and Stuckey's conviction and sentence is

**AFFIRMED**.